IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO   DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. 2017CI01609
   Ronit Knight vs Cameron Cooper and Calark, Inc.
   407th Judicial District Court, Bexar County, Texas

2. Was jury demand made in State Court?   Yes ☒   No ☐
   If yes, by which party and on what date?

   Plaintiff Ronit Knight                          Jan 27, 2017
   Party Name                                      Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Counsel for Plaintiff Ronit Knight
   Karl B. Brock - Brock & Brock, P.C.
   803 E. Mistletoe
   San Antonio, Texas 78212
   (210) 733-6666 Telephone
   (210) 733-6893 Facsmile

   Counsel for Defendant Cameron Cooper
   Christopher L. Rhodes - David Klosterboer & Associates
   9601 McAllister Freeway, Suite 910
   San Antonio, Texas 78216
   (210) 525-2100 Telephone
   (855) 848-0737 Facsimile

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   Central Hauling Company, Inc.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   Calark, Inc.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   N/A

**VERIFICATION:**

| /s/ Christopher L. Rhodes | Mar 22, 2017 |
|---|---|
| Attorney for Removing Party | Date |

Defendant / Cameron Cooper
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)