UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
JUN 06 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

RONIT KNIGHT, )
)
    *Plaintiff*, )
)
v. ) Civil No. 5:17-CV-234-OLG
)
CAMERON COOPER and CENTRAL )
HAULING COMPANY, INC., )
)
    *Defendants*. )

## VERDICT FORM

QUESTION 1

    Did the negligence, if any, of those named below proximately cause the injury in question?

    Answer "yes" or "no" as to each of the following:

Central Hauling Company, Inc.,
by and through its agent, Cameron Cooper    **NO**

Ronit Knight    **YES**

    If you have answered "yes" to Question 1 for more than one of those named above, then answer the following question. Otherwise, do not answer the following question.

QUESTION 2

For each of those that you found in Question 1 to have caused or contributed to cause Plaintiff's injuries, find the percentage of responsibility attributable to each. The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The percentage of responsibility attributable to any one is not necessarily measured by the number of acts or omissions found.

| | |
|---|---|
| Central Hauling Company, Inc., by and through its agent, Cameron Cooper | 0 % |
| Ronit Knight | 100 % |
| Total | 100% |

If you answered "yes" for Cameron Cooper and Central Hauling Company, Inc. in Question 1, and answered either "no" for Ronit Knight in Question 1, or 50% or less for Ronit Knight in Question 2, then answer the following question. Otherwise, do not answer the following question.

QUESTION 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Ronit Knight for her injuries, if any, that resulted from the automobile collision? Answer separately in dollars and cents, if any, or "none."

1. Physical pain sustained in the past.
   Answer: NONE

2. Physical pain that, in reasonable probability, will be sustained in the future.
   Answer: NONE

3. Physical impairment in the past.
   Answer: NONE

4. Physical impairment that, in reasonable probability, will be sustained in the future.
   Answer: NONE

5. Mental anguish sustained in the past.
   Answer: NONE

6. Mental anguish that, in reasonable probability, will be sustained in the future.
   Answer: NONE

7. Medical care expenses incurred in the past.
   Answer: NONE

8. Medical care expenses that, in reasonable probability, Plaintiff will incur in the future.
   Answer: NONE

9. Lost wages in the past.
   Answer: NONE

10. Loss of wage earning capacity in the future.
    Answer: NONE

## **VERDICT**

We, the jury, return the foregoing as our unanimous verdict.

_[signature]_ — June 6, 2018
Signature of Foreperson    Date