UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
JUN 0 7 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| RONIT KNIGHT, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil No. 5:17-CV-234-OLG |
| CAMERON COOPER and CENTRAL HAULING COMPANY, INC., | ) |
| *Defendants.* | ) |

## FINAL JUDGMENT

This action was tried before a jury from June 4, 2018, through June 6, 2018, with the Honorable Orlando Garcia, Chief District Judge, presiding, and the jury has rendered a verdict.

It is, therefore, ORDERED AND ADJUDGED that the Plaintiff Ronit Knight recover nothing from Defendants Cameron Cooper and Central Hauling Company, Inc., that the action be dismissed on the merits, and that Defendant be awarded costs. Defendant is directed to file a Bill of Costs, in the form required by the Clerk of Court, within fourteen days of entry of this Judgment pursuant to Local Rule 54.

It is so ORDERED.

SIGNED this 7th day of June, 2018.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE